IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02987-WJM-MJW

BUCK HOWARD and PAT MARTIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

J&A SERVICES, INC.,
JAMES WHITELY, and
ANN MARIE WHITELY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Stipulated Motion to Vacate and Reset F.R.C.P. 16(b) Scheduling Conference (Docket No. 22) is GRANTED.  The Scheduling Conference set for January 10, 2013 at 2:30 p.m. is VACATED.  The Scheduling Conference is RESET for February 20, 2013 at 9:00 a.m.

Date: December 20, 2012