**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2987-WJM-MJW

BUCK HOWARD, Individually and on behalf of all others similarly situated, and
PAT MARTIN, individually and on behalf of all others similarly situated

      Plaintiffs,

v.

J&A SERCIVES, INC.,
JAMES WHITELY, and
ANN MARIE WHITELY,

      Defendants.

---

**ORDER GRANTING PLAINTIFF JARED STARKEY'S
UNOPPOSED MOTION TO WITHDRAW**

---

This matter comes before the Court on Plaintiff Jared Starkey's Unopposed Motion to Withdraw filed January 14, 2013 (ECF No. 31). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

Plaintiff Jared Starkey's Motion is GRANTED. Plaintiff Jared Starkey's Notice of Consent (ECF No. 4) is WITHDRAWN WITHOUT PREJUDICE.

Dated this 17th day of January, 2013.

                                              BY THE COURT:

                                              William J. Martínez
                                              United States District Judge