IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02987-WJM-MJW

BUCK HOWARD and PAT MARTIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

J&A SERVICES, INC.,
JAMES WHITELY, and
ANN MARIE WHITELY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

   It is hereby ORDERED that Plaintiffs' Unopposed Motion for Leave to Amend Pleading (Docket No. 42) is GRANTED for good cause shown.  The Second Amended Complaint (Docket No. 42-1) is accepted for filing and the Clerk of the Court is directed to file the Second Amended Complaint as of the date of this order.

Date: March 25, 2013