**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-2987-WJM-MJW

BUCK HOWARD, Individually and on behalf of all others similarly situated, and
PAT MARTIN, individually and on behalf of all others similarly situated

 Plaintiffs,

v.

J&A SERCIVES, INC.,
JAMES WHITELY, and
ANN MARIE WHITELY,

 Defendants.

---

**JOINT STIPULATION REGARDING CONDITIONAL CERTIFICATION AND
NOTICE TO PUTATIVE CLASS MEMBERS**

---

This matter comes before the Court on the Parties' Joint Stipulation Regarding Conditional Certification and Notice to Putative Class Members, filed March 29, 2013 (ECF No. 46).  The Court having reviewed the Motion and the Attached Notification to Current and Former Workers of J & A Services, LLC and Texas J&A Service, L.L.C., (ECF No. 46-1) and being fully advised hereby FINDS as follows:

1. The central issue in this case is whether Defendants misclassified Plaintiffs as independent contractors.

2. Plaintiffs allege that Defendants misclassified them and other workers as independent contractors and as a result failed to pay them overtime and minimum wage pursuant to the requirements of the Fair Labor Standards Act ("FSLA").  Defendants deny these allegations, and affirmatively state

that they properly classified Plaintiffs and all others similarly situated as independent contractors.

3. The Parties have reached an agreement that this case should be, by stipulation when signed by the Court, conditionally certified as a collective action under the FLSA, 29 U.S.C. § 216(b). The Parties have agreed that the conditional nationwide class shall consist of, and that notice shall be sent to, all current and former workers of Defendants that meet the following criteria:

    **All current and former workers who performed flow testing services for oil and gas wells serviced by J&A Services, L.L.C. and/or Texas J&A Service, L.L.C. from _____, 2010 (3 years prior to the date of mailing) to _____2013 (date of mailing).**

4. The parties stipulate that the Notice of Rights and Consent Form (attached hereto as Exhibit 1) is timely, informative and accurate. The Parties agree to use such forms to inform the recipients of the notices of their right to opt into this lawsuit.

5. The Parties stipulate that for conditional certification purposes only, Galvin Kennedy of Kennedy Hodges, LLP shall serve as class counsel and that Buck Howard and Pat Martin shall serve as the representatives for the class.

6. The Parties stipulate that within fourteen (14) days of the Court approving this stipulation and attached notice by signing below, Defendants shall

       provide to Plaintiffs' counsel the names, dates of work, location of work, email addresses, date of birth, the last known address and phone number where such information is available for all current and former J&A Services and Texas J&A Service workers who meet the criteria set forth in paragraph 3, above.

7. The Parties stipulate that Plaintiffs' counsel shall mail a copy of the agreed Notice of Rights and agreed Consent Form via email to the email addresses provided by Defendants and first class mail to all persons contained on the list within ten (10) days of receiving the list from Defendants. Plaintiffs' counsel shall also include a self-addressed stamped envelope in the mailing. Plaintiffs' counsel may hire a class action administration company to oversee the mailing of the notice and forms. Persons receiving the Notice of Rights and Consent Form shall be given the option to sign their forms electronically. All Consent Forms shall be returned to Plaintiffs' counsel who in turn will be responsible for filing them with the Court within fourteen (14) days of Plaintiffs' counsel's receipt of the Consent Forms.

8. It is further stipulated that the individuals identified by Defendants as set forth in paragraph 6, above, shall have sixty (60) days from the date of the mailing of the Notice of Rights to return their Consent Form to Plaintiffs' counsel opting into this lawsuit as Plaintiffs. The Notice of Rights shall contain the appropriate deadline for joining this lawsuit.

Dated this 2nd day of April, 2013.

BY THE COURT:

_____
William J. Martinez
United States District Judge