IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02987-RM-MJW

BUCK HOWARD and PAT MARTIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

J&A SERVICES, INC.,
JAMES WHITELY, and
ANN MARIE WHITELY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Leave to Amend Civil Scheduling Order (Docket No. 54) is GRANTED. The Amended Civil Scheduling Order is approved and made an order of the court.

Date: May 6, 2013