IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02987-RM-MJW

BUCK HOWARD and PAT MARTIN, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

J&A SERVICES, INC.,
JAMES WHITELY, and
ANN MARIE WHITELY,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Leave to Amend Civil Scheduling Order (Docket No. 80) is GRANTED as outlined below. The Amended Civil Scheduling Order (Docket No. 57) is amended as follows:

1. On or before February 17, 2014, each side shall file a brief addressing the second stage of certification of this 216(b) FLSA case, limited to 30 pages;

2. On or before March 10, 2014, each side shall file a response brief on the issue, limited to 25 pages;

3. No reply briefs shall be filed without leave of the court; and

4. The dispositive motions deadline shall be extended up to and including March 24, 2014.

Date: November 21, 2013